FILED
2010 JAN 27 PM 2:20
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIF.
LOS ANGELES

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

February 2009 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RONNIE LEE HOUSTON, aka "Cowboy," and CHRISTOPHER CRAMER, <br><br> Defendants. | No. CR 10 00078 <br><br> **I N D I C T M E N T** <br><br> [18 U.S.C. § 113(a)(1): Assault with Intent to Commit Murder; 18 U.S.C. § 113(a)(3): Assault with a Dangerous Weapon; 18 U.S.C. § 113(a)(6): Assault Resulting in Serious Bodily Injury; 18 U.S.C. § 2(a): Aiding and Abetting] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. §§ 113(a)(1), 2(a)]

On or about February 19, 2008, in San Bernardino County, within the Central District of California, and within the special maritime and territorial jurisdiction of the United States, that is, at the United States Penitentiary at Victorville, California, defendants RONNIE LEE HOUSTON, also known as "Cowboy," and CHRISTOPHER CRAMER, aiding and abetting each other, intentionally assaulted victim S.J. with the intent to commit murder by stabbing him with a prison-made knife and strangling him.

SCB: VOCS

COUNT TWO

[18 U.S.C. §§ 113(a)(3), 2(a)]

On or about February 19, 2008, in San Bernardino County, within the Central District of California, and within the special maritime and territorial jurisdiction of the United States, that is, at the United States Penitentiary at Victorville, California, defendants RONNIE LEE HOUSTON, also known as "Cowboy," and CHRISTOPHER CRAMER, aiding and abetting each other, intentionally assaulted victim S.J. with the intent to do bodily harm, and in so doing, used a dangerous weapon, namely, a prison-made knife.

COUNT THREE

[18 U.S.C. §§ 113(a)(6), 2(a)]

On or about February 19, 2008, in San Bernardino County, within the Central District of California, and within the special maritime and territorial jurisdiction of the United States, that is, at the United States Penitentiary at Victorville, California, defendants RONNIE LEE HOUSTON, also known as "Cowboy," and CHRISTOPHER CRAMER, aiding and abetting each other, intentionally assaulted victim S.J. by stabbing him with a prison-made knife and strangling him, and thereby caused S.J. serious bodily injury.

COUNT FOUR

[18 U.S.C. § 113(a)(1)]

On or about December 2, 2007, in San Bernardino County, within the Central District of California, and within the special maritime and territorial jurisdiction of the United States, that is, at the United States Penitentiary at Victorville, California, defendant RONNIE LEE HOUSTON, also known as "Cowboy," intentionally assaulted victim M.T. with the intent to commit murder by stabbing him with a prison-made knife.

COUNT FIVE

[18 U.S.C. § 113(a)(3)]

On or about December 2, 2007, in San Bernardino County, within the Central District of California, and within the special maritime and territorial jurisdiction of the United States, that is, at the United States Penitentiary at Victorville, California, defendant RONNIE LEE HOUSTON, also known as "Cowboy," intentionally assaulted victim M.T. with the intent to do bodily harm, and in so doing, used a dangerous weapon, namely, a prison-made knife.

COUNT SIX

[18 U.S.C. § 113(a)(6)]

On or about December 2, 2007, in San Bernardino County, within the Central District of California, and within the special maritime and territorial jurisdiction of the United States, that is, at the United States Penitentiary at Victorville, California, defendant RONNIE LEE HOUSTON, also known as "Cowboy," intentionally assaulted victim M.T. by stabbing him with a prison-made knife, and thereby caused M.T. serious bodily injury.

A TRUE BILL

/S/
_____
Foreperson

GEORGE S. CARDONA
Acting United States Attorney

(David A. Goodman), Asst U.S. Atty
Deputy Chief, Criminal Division, FOR:

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Violent and Organized Crime Section

PETER A. HERNANDEZ
Assistant United States Attorney
Deputy Chief, Violent and Organized Crime Section

JOSEPH AKROTIRIANAKIS
Assistant United States Attorney
Major Frauds Section

SARAH C. BAXTER
Assistant United States Attorney
Violent and Organized Crime Section